IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| IRENE NOVOSAD, *individually and on behalf of all others similarly-situated* : : : Plaintiff, : : v. : : 10400 ROOSEVELT OPERATING LLC d/b/a : ST. JOHN NEUMANN CENTER FOR : REHABILITATION & HEALTHCARE : : Defendant. : | CIVIL ACTION NO.: 20-04986-TJS |

---

### **PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT**

Plaintiff Irene Novosad ("Plaintiff"), having reached a preliminary resolution of her claims under the Fair Labor Standards Act and the Pennsylvania Minimum Wage Act against Defendant 10400 Roosevelt Operating LLC d/b/a St. John Neumann Center for Rehabilitation & Healthcare ("Defendant") (collectively with Plaintiff, the "Parties"), hereby moves unopposed before this Honorable Court for an Order approving the Parties' proposed Settlement Agreement.

Plaintiff's arguments in support of this Unopposed Motion are explained in the accompanying Memorandum of Law and attached exhibits, which are incorporated herein by reference.

Respectfully submitted,

**MURPHY LAW GROUP, LLC**

By: */s/ Michael Groh*
    Michael Murphy, Esq.
    Michael Groh, Esq.
    Eight Penn Center, Suite 2000
    1628 John F. Kennedy Blvd.

2

                                    Philadelphia, PA 19103
                                    TEL: 267-273-1054
                                    FAX: 215-525-0210
                                    murphy@phillyemploymentlawyer.com
                                    mgroh@phillyemploymentlawyer.com
                                    *Attorneys for Plaintiff*

Dated: May 4, 2021

Case 2:20-cv-04986-TJS    Document 11    Filed 05/04/21    Page 2 of 3

## CERTIFICATE OF SERVICE

I, Michael Groh, Esquire, hereby certify that on May 4, 2021, I caused a true and correct copy of the foregoing to be filed via ECF filing, which will send notification of such filing the following counsel:

John M. Borelli, Esq.
Eric J. Bronstein, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
550 E. Swedesford Road, Suite 270
Wayne, PA 19087
215-977-4067
215-977-4101 (fax)
John.Borelli@lewisbrisbois.com
Eric.Bronstein@lewisbrisbois.com
Attorneys for Defendant

                                              */s/ Michael Groh*
                                              Michael Groh, Esq.

Dated: May 4, 2021