### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IRENE NOVOSAD, Individually and on Behalf of All Others Similarly Situated** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **10400 ROOSEVELT OPERATING LLC d/b/a St. John Neumann Center For Rehabilitation & Healthcare** | : | **NO. 20-4986** |

### ORDER

**NOW**, this 10th day of May, 2021, upon consideration of the Plaintiff's Unopposed Motion for Approval of Settlement (Doc. No. 11), the attached proposed Release and Settlement Agreement, and the Declaration of Michael Groh, Esq., and finding that the proposed settlement is fair, reasonable and an adequate resolution of plaintiff's claims, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1.  The settlement is **APPROVED**.

2.  Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

/s/ TIMOTHY J. SAVAGE J.